# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN THE MATTER OF:<br><br>TOWANDA GREEN<br><br>Debtor | Case No. 18-16799<br><br>MOTION TO SHOW CAUSE |

Now comes the debtor, by and through counsel, who avers as follows

1. The debtor filed her Petition for Relief under Title 11 Chapter 7 of the U.S. Bankruptcy Code in this Court on November 12, 2018.

2. The debtor is employed by Human Arc Corporation Inc., in Cleveland, Ohio.

3. At the time of the filing of her Petition for Relief in this Court, the debtor was subject to a judgment on behalf of a scheduled creditor. See exhibit 1.

4. At the time of the filing of her Petition for Relief in this Court, the debtor's wages were subject to garnishment. See exhibit 2.

5. Debtor's counsel notified the debtor's employer of the automatic stay imposed in this case on January 2 2019, and further requested that the employer cease the garnishment. See Exhibit 3,

6. The garnishment continues.

7. Debtor's employer is in violation of the automatic stay provisions of the Bankruptcy Code.

WHEREFORE debtor moves this Court to cite the said employer for contempt of court, and for the return of funds withheld from the debtor's paycheck since January 2 2019.

By

/s/Peter Horvath
Attorney for debtor Towanda Green
38294 Industrial Park
P.O. Box 501
Lisbon, Ohio 44432
330-420-0019
Reg. No. 0016306

| 4.1.1 | **Derrick Rippy** | Last 4 digits of account number | | $500.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
7238 Hyannis Drive
Bedford, OH 44146
Number Street City State Zip Code

When was the debt incurred? **to date**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **back rent at 3861 Martin Luther King Road, Cleveland**

**EXHIBIT 1**

---

| 4.1.2 | **Dillard** | Last 4 digits of account number **7717** | | $1,428.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
P.O. Box 14517
Des Moines, IA 50306
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **credit card**

---

| 4.1.3 | **Discover Bank** | Last 4 digits of account number **1100** | | $3,600.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
P.O. Box 15316
Wilmington, DE 19850
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **credit card**

SCANNED Clerk of Courts 05/18/18

ORDER AND NOTICE OF GARNISHMENT
AND ANSWER OF EMPLOYER – SECTION
THE STATE OF OHIO
FRANKLIN COUNTY, SS

**A**

2018 MAY 18    CLEVELAND MUNICIPAL COURT
JUSTICE CENTER, 1200 ONTARIO ST
CLEVELAND, OH 44113
216-664-4857

Clerk's Filed Date Stamp

DISCOVER BANK

JUDGMENT CREDITOR

vs.

TOWANDA GREEN

JUDGMENT DEBTOR

SSN: XXX-XX-4185

**RECEIVED PAYMENT**    2017CVF004116

MAY 15 2018

EARLE B. TURNER, Clerk

By: _____ $75.20    Deputy

Judgment Creditor or Attorney for Judgment Creditor:
JAMES G. KOZELEK, 0073613
WELTMAN, WEINBERG & REIS CO., L.P.A.
3705 MARLANE DRIVE
GROVE CITY, OH 43123
PHONE: 614-801-2600
FAX: 614-801-2601
EMAIL: GCOLATTY@WELTMAN.COM

Before me, the undersigned Notary Public or Deputy Clerk of CLEVELAND MUNICIPAL COURT, personally appeared JAMES G. KOZELEK, 0073613, who being first duly sworn according to the law, says that he is the ATTORNEY for JUDGMENT CREDITOR herein and that said judgment creditor heretofore, on March 12, 2018 duly recovered judgment before CLEVELAND MUNICIPAL COURT or transferred a judgment to it, against said judgment debtor which remains unsatisfied

| | Amount |
|---|---|
| Amount of Judgment | $1,268.92 |
| Plus Interest, Accrued to Date (interest rate = 0%) | $0.00 |
| Plus Court Costs $199.00 and Fees/Other Costs $0.00, Accrued to Date | $199.00 |
| Minus Payments and / or Credits | $13.30 |
| **Amount Now Due** | **$1,439.62** |

That the Garnishee named in Section A of this form is an employer of the judgment debtor who may have personal earnings of the judgment debtor. And that a true copy of the Demand required by Section 2716.02 of the Ohio Revised Code has been made and a true copy of said Demand which was made is attached hereto; the payment demanded in said Demand has not been made, nor has a sufficient portion been made to prevent the garnishment of personal earnings as described in Section 2716.02 of the Ohio Revised Code. The affiant has no knowledge of any application by the judgment debtor for the appointment of a trustee so as to preclude the garnishment of the judgment debtor's personal earnings and has no knowledge that the debt to which this affidavit pertains is the subject of a debt scheduling agreement of such a nature that it precludes the garnishment of the personal earnings of the judgment debtor under Section 2716.03(H) of the Ohio Revised Code.

Sworn to and subscribed before me _3-9-18_ Date

Affiant's Signature

Clerk of Court, CLEVELAND MUNICIPAL COURT
WWR# 030907668

Notary Public or Deputy Clerk ADRANDA L FENIX
My Commission Expires Jan 10, 2022

SECTION A: COURT ORDER AND NOTICE OF GARNISHMENT TO HUMAN ARC CLEVELAND GARNISHEE (employer)
THE TOTAL PROBABLE AMOUNT NOW DUE ON THE JUDGMENT IS THE AMOUNT NOW DUE AS SPECIFIED ABOVE PLUS INTEREST AT THE RATE AS SPECIFIED ABOVE FROM THE DAY OF GARNISHMENT ON THE SMALLER OF THE AMOUNT OF THE JUDGMENT OR THE AMOUNT NOW DUE.

GARNISHEE: HUMAN ARC CLEVELAND, 1412 E 49TH ST, CLEVELAND, OH 44103

The judgment creditor in the above case has filed an affidavit, satisfactory to the undersigned, in this court stating that you may owe the judgment debtor money for personal earnings.

The original and two copies to be filed with the court. Original for the court, 2 copies mailed to employer, 1 copy - debtor copy, 1 copy - employer copy

122 Rev. 04/2018

# JJPETER HORVATH ATTORNEY AT LAW



January 2, 2019

Human Arc Corporation
1457 East 40th St.
Cleveland, OH 44103

**Re: Towanda Green chapter 7 #18-16799**

I am the attorney for Towanda Green, who filed for chapter 7 bankruptcy on November 12 2018.

At the time of filing, a garnishment of wages was processed against her paycheck by her employer Human Arc Corporation.

You, the employer, are directed to cease and desist the garnishment.

In furtherance thereof, enclosed please find the Notice of Bankruptcy Filing, which specifically addresses the Automatic Stay provisions of the Bankruptcy Code. The Automatic Stay terminates all efforts of collection against a debtor, her property and her wages.

Your cooperation is appreciated. Thank you.

Peter Horvath
Attorney at Law
Enc: above

38294 INDUSTRIAL PARK ROAD
P.O. BOX 501 • LISBON, OHIO • 44432
PHONE: 330-420-0019
E-MAIL HORVATHLAWYER@YAHOO.COM